In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased. PHILLIP BARNETT et al., as Assignees and Trustees of LEWIS LUCKENBACH, Appellants; EDGAR F. LUCKENBACH, JR., et al., Respondents.

Argued March 4, 1954; decided July 14, 1954.

794

*Edward W. Bourne, Francis A. McGrath, James D. Ewing,
J. Kenneth Campbell* and *Robert B. Donworth, Jr.,* for appellants.

*Robert W. Owens, Jr., Edward S. Bentley* and *Robert T. Aller*
for Edgar F. Luckenbach, Jr., respondent.

*Harold M. Kennedy* and *James McKinley Rose* for Roscoe
H. Hupper, respondent.

Orders affirmed, with costs to all parties appearing separately
and filing separate briefs payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL
and VAN VOORHIS, JJ.